IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
-----------------------------------------------------------x
                                             :
UNITED STATES OF AMERICA                     :    3:10 MJ 116 (JGM)
                                             :
v.                                           :
                                             :
RICHARD POUPART                              :    DATE: APRIL 29, 2011
                                             :
-----------------------------------------------------------x
```

## ENDORSEMENT ORDER

Defendant's Waiver of Speedy Trial, filed April 28, 2011 (Dkt. #53), construed as a Motion to Postpone Preliminary Hearing, is <u>granted, nunc pro tunc</u>. It appearing that the requested continuance is in the best interest of the defendant, and outweighs the public interest in a speedy trial, the Court finds that the period of delay from January 31, 2011 to June 30, 2011 is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7).

SO ORDERED.

Dated at New Haven, Connecticut, this 29th day of April, 2011.

SO ORDERED.


/s/ Joan G. Margolis, USMJ
JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE